UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO NUGUID,<br><br>                              Plaintiff,<br>v.<br>MERCEDES-BENZ USA, LLC, et al.,<br>                             Defendants. | Case No.:  21-cv-0435-JLS(BLM)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES** |

On February 23, 2022, Plaintiff filed a Notice of Acceptance of Defendant Mercedes-Benz USA, LLC's F.R.C.P. Rule 68 Offer.  ECF No. 18.  Because the parties have reached a settlement, all pending dates before Magistrate Judge Major, including the Early Neutral Evaluation Conference and Case Management Conference scheduled for March 8, 2022, are hereby **VACATED**.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.  Additionally, if Plaintiff wants to file a motion for attorney's fees, costs, and expenses, he must do so by **March 24, 2022**.

      **IT IS SO ORDERED**.

Dated:  2/24/2022

                                                             Hon. Barbara L. Major
                                                             United States Magistrate Judge